IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERESA CARRIER, *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION 14-00311-KD-C |
| | : | |
| NAVIKA CAPITAL GROUP, LLC, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 10, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the claims of Plaintiffs Teresa Carrier, Patricia Hannon and April McGee, are **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by the Court's orders.

**DONE** and **ORDERED** this the **26**$^{th}$ day of **June 2015.**

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**