**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| THERESA FORD, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CA 14-00311-KD-C |
| NAVIKA CAPITAL GROUP, LLC, *et al.*, | : | |
| Defendants. | : | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendants' Amended Motion to Dismiss Plaintiffs' Amended Complaint and Supporting Memorandum of Law (the "Amended Motion to Dismiss") (Doc. 36) be (a) **GRANTED** to the extent that the following claims are dismissed under FED R. CIV. P. 12(b)(6): all of Jauran Portis' claims; any of Aundrea Poellnitz's claims that accrued prior to August 2, 2009; any of Theresa Ford's claims that accrued prior to June 30, 2009; any of Linda Law's claims that accrued prior to July 13, 2009; any of Lakitha Reed's claims that accrued prior to July 10, 2009; and any of Robbie Williams' claims that accrued prior to July 12, 2009; and (b) **DENIED** in all other aspects.

**DONE** and **ORDERED** this **17th** day of **March 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**