# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **THERESA FORD**, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 14-00311-KD-C** |
| | ) | |
| **NAVIKA CAPITAL GROUP, LLC**, *et al.*, | ) | |
| Defendants. | ) | |

## STIPULATED JUDGMENT

In accordance with the Order (Doc. 85) approving the Release and Settlement Agreements (Doc. 84-1 through Doc. 84-7) and the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that the respective settlements between each of the seven (7) Plaintiffs Theresa Ford ($160), Jamie Franklin ($5,300), Cynthia Knight ($8,000), Linda Law ($900), Aundrea Poellnitz ($6,000), Lakitha Reed ($10,600) and Robbie Williams ($10,600) and Defendants Navika Capital Group, LLC, Silverstone Hospitality, Inc. and Naveen C. Shah, are **APPROVED** as fair and reasonable resolutions of bona fide disputes over *Fair Labor Standards Act* (FLSA) provisions.

It is further **ORDERED, ADJUDGED** and **DECREED** that Plaintiffs' motion for attorneys' fees (Doc. 93) and Bill of Costs (Doc. 94) are **GRANTED in part** and **DENIED in part** such that Plaintiffs are awarded **$33,571.16** in attorneys' fees for the main litigation, **$2,120** in attorneys' fees for the fees motion and costs in the amount of **$400.**

The Court does not retain jurisdiction to enforce the Settlement Agreements.

Accordingly, this action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **17th** day of **April 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**